

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York
(State)

Case number (if known): _____ Chapter 11

FILED
2023 SEP -5 PM 9:32
CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS BOX

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | ECUO Real Holdings, Inc. | |
| 2. All other names debtor used in the last 8 years<br>Include any assumed names, trade names, and *doing business as* names | None | |
| 3. Debtor's federal Employer Identification Number (EIN) | 4 5 - 1 3 5 0 2 9 7 | |
| 4. Debtor's address | **Principal place of business**<br>89-05 Jamaica Avenue<br>Number  Street<br><br>Woodhaven, New York 11421<br>City         State    ZIP Code<br><br>Queens<br>County | **Mailing address, if different from principal place of business**<br>Number  Street<br><br>P.O. Box<br><br>City         State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number  Street<br><br>City         State    ZIP Code |
| 5. Debtor's website (URL) | | |

Stamp: U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK  2023 SEP -7 A 9:05  RECEIVED/MR

Debtor _____    Case number (if known) _____
        Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor _____   Case number (if known) _____
　　　　　Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No
   ☐ Yes.  District _____  When ___/___/_____  Case number _____
   　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
   　　　　　District _____  When ___/___/_____  Case number _____
   　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
    　　　　　District _____  When ___/___/_____
    　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
    　　　　　Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    　　Why does the property need immediate attention? (Check all that apply.)

    　　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    　　　What is the hazard? _____

    　　☐ It needs to be physically secured or protected from the weather.

    　　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    　　☐ Other _____

    　　Where is the property? _____
    　　　　　　　　　　　　　　　Number　　Street
    　　　　　　　　　　　　　　　_____
    　　　　　　　　　　　　　　　City　　　　　　　　　　　　　　State ZIP Code

    　　Is the property insured?
    　　☐ No
    　　☐ Yes. Insurance agency _____
    　　　　　Contact name _____
    　　　　　Phone _____

---

**Statistical and administrative information**

---

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 3

Debtor _____    Case number (if known)_____
      Name

| | | |
|---|---|---|
| 13. Debtor's estimation of available funds | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| 14. Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 5,001-10,000    ☐ 50,001-100,000<br>☐ 10,001-25,000   ☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $100,000,001-$500 million ☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $100,000,001-$500 million ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/25/2023
              MM / DD / YYYY

X _Cristina Alzate_         Cristina Alzate
Signature of authorized representative of debtor    Printed name

Title  CEO

Debtor _____  Case number *(if known)*_____
              Name

**18. Signature of attorney**   ✗ _____   Date _____
                                   Signature of attorney for debtor         MM  / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____   _____  _____
City                              State    ZIP Code

_____   _____
Contact phone              Email address

_____   _____
Bar number                 State

**Fill in this information to identify the case:**

Debtor name: ECUO Real Holdings, Inc.

United States Bankruptcy Court for the: Eastern District of New York (State)

Case number (If known): _____

FILED
2023 SEP -5 PM 9:32
CLERK
U.S. DISTRICT COURT
E.D.N.Y.

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | City of New York | NYC Dep't of Finance<br>66 John Street<br>Room 104 Mailroom<br>New York, NY 10038 | $121,485.28 | | | | |
| 2 | NYCTL 2021-A TRUST | Gershon Akerman<br>620 Eighth Avenue<br>New York, New York 10018<br>(212) 218-550<br>gakerman@seyfarth.com | $135,000.00 | | | | |
| 3 | NYCTL 2021-A TRUST | Gershon Akerman<br>620 Eighth Avenue<br>New York, New York 10018<br>(212) 218-550<br>gakerman@seyfarth.com | $137,000.00 | | | | |
| 4 | Ohlert-Ruggiere, Inc | Jim Marsh, Esq.<br>P.O. Box 1872<br>Mineola, NY 11501<br>(516) 741-1818<br>jmarsh@omclaw.com | $350,000.00 | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor __ECUO Real Holdings, Inc._____   Case number (if known)_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 2